Bank of America
Attn: Bankruptcy Dept.
PO BOX 26012
Greensboro, NC  27410;


East Boston Savings Bank
Attn: Bankruptcy Dept.
10 Meridian Street
East Boston, MA 02128;

Internal Revenue Service
Attn: Bankruptcy Dept
P.O. Box 9052
Andover, MA  01810-9052; and

Massachusetts Department Of Revenue
Attn: Bankruptcy Dept.
P.O. Box 7021
Boston, MA  02204.